**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS L. HOLLINGSWORTH, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-00515-PMP-RJJ |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CLERK OF COURT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This is a *pro se* civil rights action brought pursuant to 42 U.S.C. § 1983, by an inmate formerly incarcerated at the Henderson Detention Center. By order filed April 19, 2011, this Court granted plaintiff's application to proceed *in forma pauperis* and screened the complaint, allowing the action to proceed. (ECF No. 2). The screening order was served on plaintiff at the Henderson Detention Center, plaintiff's address of record. (*Id.*). On April 21, 2011, the screening order was returned to the Court as undeliverable – markings on the envelope indicate the following: "Non Deliverable/Return To Sender/Not At This Address/No new address available." (ECF No. 5). Plaintiff has not notified the Court of a new address.

Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

1 | In view of plaintiff's failure to keep the Court informed of his address as required by LSR 2-2, the
2 | Court will dismiss this action with prejudice.
3 | **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE**.
4 | **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly.

6 | DATED: July 6, 2011.

PHILIP M. PRO
United States District Judge